IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNA C. STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-CV-729-GCS-SMY |
| | ) |
| KORA FELSCH and WALTER FLOYD, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Gilbert C. Sison, recommending that Plaintiff's Amended Complaint be dismissed with leave to file a second amended complaint and obtain counsel (Doc. 11). No objections have been filed to the Report. For the following reasons, Judge Sison's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Sison thoroughly discussed and supported his conclusions that Plaintiff may not litigate *pro se* on behalf of her minor child, that she cannot bring a claim pursuant to 18 U.S.C. § 245, and that she lacks standing. The Court finds no clear error in Judge Sison's findings, analysis and conclusions, and adopts his Report and Recommendation in its entirety. Accordingly,

Plaintiff's Amended Complaint (Doc. 8) is **DISMISSED without prejudice** with leave to file a second amended complaint through counsel.

    **IT IS SO ORDERED.**

    **DATED:  November 2, 2020**

                                                             **STACI M. YANDLE**
                                                             **United States District Judge**