IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNA C. STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-CV-729-GCS-SMY |
| | ) |
| KORA FELSCH, WALTER FLOYD, and | ) |
| COLLINSVILLE UNIT 10 SCHOOL | ) |
| DISTRICT | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Anna C. Stephens, who is proceeding *pro se*, filed this lawsuit on behalf of herself and her minor child, C.C., alleging negligence and intentional torts related to an injury C.C. suffered on school grounds on August 11, 2014 and malpractice related to subsequent legal action. On November 2, 2020, this Court adopted Magistrate Judge Gilbert C. Sison's Report and Recommendation resulting is dismissal of the Complaint with leave to file a second amended complaint through counsel. Stephens filed a *pro se* Second Amended Complaint (Doc. 19), asserting the same substantive claims set forth in her Amended Complaint (Doc. 8). Despite being a named Plaintiff, Stephens does not assert any claims on behalf of herself.[1]

A party may only prosecute their own case personally or by counsel. 28 U.S.C. § 1654; *See* Fed.R.Civ.P. 11(a) (requiring pleadings and motions to be signed by a party or an attorney of record). Thus, Stephens may not prosecute this case on C.C.'s behalf *pro se*. *See Elustra v. Mineo*,

---

[1] This case has been assigned to U.S. Magistrate Judge Sison; however, because not all parties have had the opportunity to consent to magistrate judge jurisdiction, Plaintiff's Second Amended Complaint was referred to the undersigned (Doc. 21). After entry of this order, the undersigned will be removed from the case.

595F.3d 699 (7th Cir. 2010) ("representative parties such as next friends may not conduct litigation *pro se*; pleadings may be brought before the court only by parties or their attorney.").

Accordingly, this matter is **DISMISSED without prejudice**. C.C. may refile this lawsuit through counsel or when he/she reaches the age of majority. The Clerk of Court is DIRECTED to remove the undersigned from the case.

**IT IS SO ORDERED.**

**DATED: December 15, 2020**

**STACI M. YANDLE
United States District Judge**